OSAGE OUTDOOR ADVERTISING INC., Respondent,

v.

PARA–SAIL RIDES LTD., a corp., Thomas M. Schiller, Individually, and Thomas M. Schiller and Abbie Schiller, as Statutory Trustees of Para-Sail Rides, Ltd., Appellant.

No. 48619.

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 8, 1985.

James H. Wollbrinck, St. Louis, for appellant.

Alex Bartlett, Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendants appeal a judgment against them for $8,976.00 plus costs in a court tried action for breach of an advertising contract. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed pursuant to Rule 84.-16(b).